**Notice and Motion to Dismiss**
**Chapter 13 Proceeding**

| **United States** | **For The Western** |
|---|---|
| **Bankruptcy Court** | **District of Madison** |

IN RE:  Case Number
Brian J & Lou A Schmitz  09-15320-13
　　　　Debtor

　　　Standing Chapter 13 Trustee, William A. Chatterton
brings on this motion and respectfully represents:

1. Debtor filed a petition for relief under chapter 13 of the United States Bankruptcy Code on August 8, 2009

2. The Trustee states that the debtors have failed to file one or more of the following items: Plan, Schedules, Means Test, and or Certificate of Credit Counseling.

WHEREFORE your movant requests an order directing the dismissal of the above-captioned chapter 13 proceeding.

PLEASE TAKE NOTICE that you must object or request a hearing **on or before October 14, 2010** if you wish to contest this motion. Any objection or request for hearing that you file must be filed with the court and served on the trustee. If no objection or request for hearing is filed, the court shall grant the motion without a hearing and the case will be dismissed.

　　　　　　　　　　　　　　　　　　/s/
Dated: September 23, 2010　　　　William A. Chatterton
　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee


　　　　　　　　The Court's Address is:

　　　　　　　　　United States Bankruptcy Court
　　　　　　　　　120 N. Henry
　　　　　　　　　PO Box 548
　　　　　　　　　Madison, WI 53701-0548


This copy of notice and motion sent to:


　United States Bankruptcy Court
　120 N. Henry
　PO Box 548
　Madison, WI 53701-0548

**Affidavit of Service**
**Chapter 13 Proceeding**

| | |
|---|---|
| **United States** | **For The Western** |
| **Bankruptcy Court** | **District of Madison** |

IN RE:                                                                                           Case Number

Brian J & Lou A Schmitz                                                              09-15320-13

        Debtor

*State of:* Wisconsin
*County of:* Dane

I, the undersigned, being first duly sworn on oath, depose and say that orSeptember 23, 2010
I deposited in the U.S. Mail at the above captioned county and state, a true and correct copy of
the notice and motion for dismissal to the following listed parties in envelopes with return addresses in
case of non-delivery, unless parties are served thru the CM/ECF System sponsored by the Court.

United States Bankruptcy Court
120 N. Henry
PO Box 548
Madison, WI 53701-0548

Attorney WENDY ALISON NORA
ACCESS LEGAL SERVICES
4575 W 80TH ST. CIRCLE, #141
MINNEAPOLIS, MN 55437-1139

Brian J & Lou A Schmitz
P.O. Box 307
Lone Rock WI 53556

    /s/
Mary Jo Melius

Subscribed and sworn before me
on September 23, 2010

/s/    William A. Chatterton
Notary Public, Wisconsin

My commission ___ expires on : _____
                        X    is permanent.