UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

In Re the Bankruptcy of                                              Case No. 09-15320
    BRIAN J. SCHMITZ and
    LOU ANN SCHMITZ
    Debtor

---

DEBTORS' STIPULATION TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS

---

      Debtors, by their attorney, Wendy Alison Nora of ACCESS LEGAL SERVICES, have reviewed their case status in detail and now stipulate the dismissal of the current Chapter 13 proceedings upon the grounds that they are unable to reorganize under Chapter 13 at this time due to drastic changes in their original efforts to reorganize their business affairs under Chapter 11 or Chapter 13. Their business had to be closed due to suspected environmental hazards on the premises, information about which is being concealed by M&I Bank. They are seeking alternative employment.

Dated at Minneapolis, Minnesota this 3rd day of October, 2010.


                                                                              /s/ Wendy Alison Nora

                                      _____
                                              Wendy Alison Nora
                                    Central Office mailing address:
                                        4575 W. 80th Street Circle, #141
                                         Minneapolis, Minnesota 55437
                                   Central Office VOICE: (952) 405-8632
                                    Central Office FAX: (952) 405-8691
                                         accesslegalservices@gmail.com